| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Nathaniel DeLoatch<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308<br>Telephone: 404-885-3000<br>Facsimile: 404-885-3900<br>Georgia Bar No. 216330<br>nathan.deloatch@troutman.com<br><br>☐ *Attorney for*:  Bay Point Capital Partners II, LP | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>MAY 21 2021<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -**_Los Angeles_ **DIVISION** ||
| In re:<br><br>Jonathan Lee Smith<br><br><div align="right">Debtor(s)</div><br><div align="right">Plaintiff(s)</div>vs.<br><br><div align="right">Defendant(s)</div> | CASE NO.: 2:21-BK-12542BR<br>CHAPTER: 7<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒    The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):
Nathaniel DeLoatch

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                             **F 2090-1.2.ORDER.NONRES.ATTY**
116045104v1

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

### 

Date: May 21, 2021

_____
Barry Russell
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                              **F 2090-1.2.ORDER.NONRES.ATTY**

116045104v1