| | |
|---|---|
| 1 | Howard M. Ehrenberg |
| 2 | 333 South Grand Ave. Suite 3400 |
|   | Los Angeles, CA 90071 |
| 3 | Telephone: (213) 626-2311 |
| 4 | |
|   | CHAPTER 7 TRUSTEE |
| 5 | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | CASE NO. 2:21-bk-12542 BR |
| | Chapter 7 |
| SMITH, JONATHAN LEE | **NOTICE OF TRUSTEE'S INTENTION TO ABANDON PERSONAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 554 (a), Fed. Rule Bank. Pro. 2002(c) & LOCAL BANKRUPTCY RULE 6007-1** |
| Debtor. | |
| | HEARING DATE: [No Hearing Set] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED PARTIES:**

      **YOU ARE HEREBY NOTIFIED THAT** immediately after fourteen (14) days from the date of mailing of this Notice, Howard M. Ehrenberg, unless an objection and request for hearing is filed and served as set forth herein, the duly appointed Chapter 7 Trustee herein (the "Trustee"), hereby intends to and does abandons the following described personal property as burdensome and of inconsequential value to the estate.

      Pursuant to Local Bankruptcy Rule 6007-1, objections hereto and requests for hearing before the Court, if any, shall be in writing and filed with the Clerk of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California

[\NOT\498360.1]

90012, and served upon the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017 and the Trustee herein at the address shown at the upper left corner of the Notice, within fourteen (14) days of the date of the mailing of this Notice. Any objections not timely filed and properly served will be waived and deemed as consent to the relief requested by the Trustee herein. Pursuant to 11 U.S.C. § 554(a), Rule 2002(c) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 6007-1, if no written objection and request for hearing is served within fourteen (14) days of the mailing of the Notice, the Trustee shall be deemed to be authorized to take any and all actions necessary or convenient regarding the abandonment proposed herein in the Trustee's sole discretion.

The Trustee intends to abandon the following:

2016 Porche Cayenne

2011 BMW X5

The abandonment is effective based on this Notice of abandonment. However, the Trustee reserves the right, in her sole discretion, to seek a Court order authorizing any and all actions necessary or convenient relative to the abandonment. To the extent that a motion, request and/or application is required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the Local Bankruptcy Rules applicable hereto, this Notice shall constitute such motion, request and/or application.

DATED: June 4, 2021       /s/ Howard M. Ehrenberg
                          Howard M. Ehrenberg
                          Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF ABANDONMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 4, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard M. Ehrenberg (TR) ehrenbergrustee@sulmeyerlaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 4, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 4, 2021 | Lupe V. Cortez | /s/ Lupe Cortez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Columbia State Bank
c/o 2049 Century Park East
Suite 2900
Los Angeles, CA 90067

Bay Point Capital Partners II, LP
c/o Troutman Pepper Hamilton Sanders LLP
350 S Grand Avenue, Suite 3400

Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804-9001

Capital One Auto Finance, a division of Capi
PO Box 60511
City Of Industry, CA 91716-0511

Bay Point Capital Partners II, LP
3050 Peachtree Road
Atlanta, GA 30305-2212

Jonathan Lee Smith
506 N. Croft Avenue
Los Angeles, CA 90048-2511

Bay Point Capital Partners II, LP
c/o Troutman Pepper Hamilton Sander
600 Peachtree Street NE, Ste 30000
Atlanta, GA 30308-2219

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE, LA 71203-4774

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Telecom Self-reported
Po Box 4500
Allen, TX 75013-1311

Christopher P Walker
Law Office of Christopher P. Walker, P.C
505 S Villa Real Dr Ste 103
Anaheim Hills, CA 92807-3407

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Utility Self-reported
Po Box 4500
Allen, TX 75013-1311

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908-4064

| | |
|---|---|
| First Progress<br>Attn: Bankruptcy<br>Po Box 9053<br>Johnson City, TN 37615-9053 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Larson Law Firm<br>Agent for service<br>1414 4th Avenue<br>Seattle, WA 98101-4600 | Porta Pelex LLC<br>c/o Larson Law Firm, LLC<br>2820 226th St SW<br>Brier, WA 98036-8162 |
| Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Porta Pelex, LLC<br>c/o Larson Law Firm, LLC<br>2821 226th Street, SW<br>Brier, WA 98036-8162 |
| Columbia State Bank<br>P. O. Box 2156; MS 6115<br>Tacoma, WA 98401-2156 | Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Financial Credit Network, Inc<br>Attn: Bankruptcy<br>Po Box 3084<br>Visalia, CA 93278-3084 | Universal Recovery Corporation<br>Attn: Bankruptcy<br>2880 Sunrise Blvd, Ste 136<br>Rancho Cordova, CA 95742-6102 |
| RISE Credit<br>Attn: Bankruptcy<br>Po Box 101808<br>Fort Worth, TX 76185-1808 | |