**EDWARD M. WOLKOWITZ, TRUSTEE**
800 S Figueroa Street, #1260
Los Angeles, CA  90017
Telephone: (310) 229-3367
Facsimile: (213) 627-7194
Email: emw@lnbyb.com

Chapter 7 Trustee for
Hoplite Entertainment and
Hoplite, Inc.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>**JONATHAN LEE SMITH,**<br><br>Debtor. | Case No. 2:21-bk-12542-BR<br><br>Chapter 7<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. §§ 523 AND/OR 727**<br><br>[No Hearing Required] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Debtor Jonathan Lee Smith ("Debtor") by and through his attorney of record, Christopher P. Walker, and Edward M. Wolkowitz, Chapter 7 Trustee for the related bankruptcy estates of Hoplite Entertainment, Inc., Case No. 21-12546-ER and Hoplite, Inc., Case No. 21-12663-ER ("Trustee"), hereby stipulate to the following:

1.    The Debtor filed for protection under Chapter 7 of the Bankruptcy Code on March 30, 2021.

/ / /

2. The current deadline for filing a complaints pursuant to 11 U.S.C. §§523 and 727 is June 28, 2021. The Trustee has requested that Debtor stipulate to extend this deadline by 90 days and the Debtor has agreed to do so.

3. This Stipulation is without prejudice to further extensions of the deadlines.

**NOW, THEREFORE,** in consideration of the foregoing, the parties stipulate to extend the deadline for filing a complaints under 11 U.S.C. §§523 and 727 from June 28, 2021 to September 7, 2021 upon the terms set forth above.

DATE: June 25, 2021

By: _____
Edward M. Wolkowitz
Chapter 7 Trustee for
Hoplite Entertainment,
Inc., and Hoplite, Inc.

DATE: 6/25/2021

By: _____
Christopher P. Walker
Attorneys for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. §§ 523 and/or 727** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 28, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Tanya Behnam**  tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Nathaniel DeLoatch**  nathan.deloatch@troutman.com
- **Luke N Eaton**  eatonl@pepperlaw.com, jacqueline.sims@troutman.com
- **Howard M Ehrenberg (TR)**  ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- **Philip A Gasteier**  pag@lnbrb.com
- **Eve H Karasik**  ehk@lnbyb.com
- **Mark J Markus**  bklawr@bklaw.com, markjmarkus@gmail.com
- **Aditi Paranjpye**  aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com
- **Faye C Rasch**  frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Arvind Nath Rawal**  arawal@americaninfosource.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Christopher P Walker**  cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 28, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

DEBTOR: Jonathan Lee Smith – 506 N Croft Ave – Los Angeles, CA 90048
Luke Eaton – Two California Plaza – 350 S Grand Ave – Suite 3400 – Los Angeles, CA 90071
Kristofer Larson – 999 N Northlake Way – Suite 213 – Seattle, WA 98103
Alexandra Peurach – Troutman Pepper Hamilton Sanders LLP – 600 Peachtree St NE – Suite 3000- Atlanta, GA 30308
Harris Winsberg – Troutman Perrer Hamilton Sanders LLO – 600 Peachtree St NE – Suite 3000 – Atlanta, GA 30308

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) June 28, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

___ IN ACCORDANCE WITH GENERAL ORDER 20-02, THERE WILL BE NO MAIL SERVICE TO THE COURT

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/28/2021 | Melvin Robertson | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE