United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-12542-BR |
| Jonathan Lee Smith | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

**Recip ID       Recipient Name and Address**
db              + Jonathan Lee Smith, 506 N. Croft Avenue, Los Angeles, CA 90048-2511

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Aditi Paranjpye
    on behalf of Creditor One Light Media Capital  LLC aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com

Arvind Nath Rawal
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LP arawal@americaninfosource.com

Christopher P Walker
    on behalf of Creditor XXIII Capital Limited cwalker@cpwalkerlaw.com  lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

Christopher P Walker
    on behalf of Debtor Jonathan Lee Smith cwalker@cpwalkerlaw.com  lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

Edward M Wolkowitz (TR)
    emw@lnbyb.com  ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com

Eve H Karasik

Case 2:21-bk-12542-BR    Doc 53    Filed 07/01/21    Entered 07/01/21 21:22:27    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Interested Party Kyle Anderson ehk@lnbyb.com

Faye C Rasch

on behalf of Interested Party Richard Peterson frasch@wgllp.com  kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com

Faye C Rasch

on behalf of Interested Party Courtesy NEF frasch@wgllp.com  kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com

Howard M Ehrenberg (TR)

ehrenbergtrustee@sulmeyerlaw.com  ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com

Luke N Eaton

on behalf of Creditor Bay Point Capital Partners II  LP eatonl@pepperlaw.com, jacqueline.sims@troutman.com

Mark J Markus

on behalf of Interested Party Courtesy NEF bklawr@bklaw.com  markjmarkus@gmail.com

Nathaniel DeLoatch

on behalf of Plaintiff Bay Point Capital Partners II  LP nathan.deloatch@troutman.com

Philip A Gasteier

on behalf of Interested Party Courtesy NEF pag@lnbrb.com

Philip A Gasteier

on behalf of Interested Party Kyle Anderson pag@lnbrb.com

Tanya Behnam

on behalf of Creditor Columbia State Bank tbehnam@polsinelli.com
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov


TOTAL: 16

1  EDWARD M. WOLKOWITZ (State Bar No. 068298)
   800 South Figueroa Street, Suite 1260
2  Los Angeles, CA 90017
   Telephone: (310) 229-3367
3  Facsimile: (213) 627-7194
   Email: emw@lnbyb.com
4
5  Chapter 7 Trustee

**FILED & ENTERED**

JUN 29 2021

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
BY fortier        **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JONATHAN LEE SMITH,<br><br>Debtor. | Case No. 2:21-bl-12542-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. §§ 523 AND/OR 727**<br><br>[No Hearing Required] |

The Stipulation to Extend Deadline to File Complaint Objecting to Discharge Under 11 U.S.C. §§ 523 and/or 727 (the "Stipulation"), filed by Edward M. Wolkowitz (the "Trustee"), Chapter 7 trustee for the bankruptcy estate of Jonathan Lee Smith (the "Debtor"), having been read and approved, and good cause appearing,

**IT IS ORDERED THAT:**

1.   The Stipulation is approved; and

///

///

///

///

1

2. The deadline for the Trustee and for the Office of the United States Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §§ 523 and/or 727 is extended from June 28, 2021 to September 7, 2021.

### #

Date: June 29, 2021

*Barry Russell*
Barry Russell
United States Bankruptcy Judge

2