David M. Guess, Esq. (SBN 238241)
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: guessd@gtlaw.com

Ari Newman, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0868
Facsimile: (305) 579-0717
Email: newmanar@gtlaw.com

*Attorneys for Creditor XXIII Capital Limited*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JONATHAN LEE SMITH,<br><br>　　　Debtor. | Case No. 2:21-bk-12542-BR<br><br>Chapter 7<br><br>**SECOND STIPULATION BY AND BETWEEN XXIII CAPITAL LIMITED AND DEBTOR JONATHAN LEE SMITH TOLLING DEADLINE TO FILE A COMPLAINT OBJECTING TO THE DISCHARGE OF THE DEBTOR AND DETERMINING THE NON-DISCHARGEABILITY OF CERTAIN CLAIMS**<br><br>Date:　　　No Hearing Required<br>Time:　　　No Hearing Required<br>Place:　　　Courtroom 1568<br>　　　　　　255 E. Temple Street<br>　　　　　　Los Angeles, CA 90012<br>Judge:　　　Hon. Barry Russell |

1

*ACTIVE 60129279v1*

This Stipulation is made with reference to the following facts:

A.    On March 30, 2021, Jonathan Lee Smith (the "**Debtor**") commenced the above-captioned case under chapter 7 of the Bankruptcy Code.

B.    XXIII Capital Limited ("**23 Capital**") asserts substantial claims against the Debtor relating to a Guaranty and Security Agreement executed by the Debtor in favor of 23 Capital in connection with a defaulted loan made to an affiliate of the Debtor.

C.    The Debtor and 23 Capital previously stipulated to extend the deadline for 23 Capital to file a complaint objecting to the discharge of the Debtor and/or determining the non-dischargeability of 23 Capital's claims against the Debtor to September 27, 2021.

D.    As set forth below, 23 Capital has requested and the Debtor has agreed to an extension of the deadline for 23 Capital to file a complaint objecting to the discharge of the Debtor and/or determining the non-dischargebility of its claims.  Although 23 Capital believes it has sound legal and factual grounds to bring a complaint, it is still evaluating whether to do so.

E.    In particular, 23 Capital is also a secured creditor in the related case of Hoplite Entertainment, Inc, 2:21-bk-12546-ER, and the recovery that 23 Capital may secure in that case could impact whether it seeks to file a complaint objecting to the discharge of the Debtor and/or determining the non-dischargebility of its claims.

F.    The Debtor denies that there are any grounds for 23 Capital to bring a case under sections 727 or 523 of the Bankruptcy Code.

G.    Both 23 Capital and the Debtor believe it is advisable to extend the deadline for 23 Capital to file a complaint to avoid the potentially unnecessary incurrence of attorneys' fees and costs by both 23 Capital and the Debtor while 23 Capital evaluates whether to file a complaint.

2

*ACTIVE 60129279v1*

Case 2:21-bk-12542-BR   Doc 58   Filed 09/20/21   Entered 09/20/21 11:12:30   Desc
Main Document     Page 3 of 6

1     WHEREFORE, 23 Capital and the Debtor hereby stipulate that:

2     1.     The deadline for 23 Capital to file a complaint objecting to the discharge of the Debtor

3   and/or determining the non-dischargeability of its claims against the Debtor under sections 523 and 727

4   of the Bankruptcy Code is tolled through and including December 31, 2021.

5     2.     The foregoing is without prejudice to 23 Capital's right to move the Court for entry of an

6   order extending the deadline for 23 Capital to file a complaint objecting to the discharge of the Debtor

7   and/or determining the non-dischargeability of its claims against the Debtor under sections 523 and 727

8   of the Bankruptcy Code for cause pursuant to Federal Rules of Bankruptcy Procedure 4004(b)(1) and

9   4007(c).  Such motion shall be timely provided it is filed on or before December 31, 2021.

10

11

12  DATED: September 20, 2021                GREENBERG TRAURIG, LLP

13                                           By: */s/ David M. Guess*
                                             DAVID M. GUESS
14                                           ARI NEWMAN (admitted *pro hac vice*)
                                             *Attorneys for Creditor XXIII Capital Limited*
15

16

17  DATED:  September 20, 2021               LAW OFFICE OF CHRISTOPHER P. WALKER

18

19                                           By:_____
                                             CHRISTOPHER P. WALKER
20

21

22

23

24

25

26

27

28
                                          3

1    WHEREFORE, 23 Capital and the Debtor hereby stipulate that:

2    1.    The deadline for 23 Capital to file a complaint objecting to the discharge of the Debtor

3  and/or determining the non-dischargeability of its claims against the Debtor under sections 523 and 727

4  of the Bankruptcy Code is tolled through and including December 31, 2021.

5    2.    The foregoing is without prejudice to 23 Capital's right to move the Court for entry of an

6  order extending the deadline for 23 Capital to file a complaint objecting to the discharge of the Debtor

7  and/or determining the non-dischargeability of its claims against the Debtor under sections 523 and 727

8  of the Bankruptcy Code for cause pursuant to Federal Rules of Bankruptcy Procedure 4004(b)(1) and

9  4007(c).  Such motion shall be timely provided it is filed on or before December 31, 2021.

10

11

12  DATED: September 20, 2021                    GREENBERG TRAURIG, LLP

13                                              By: /s/ David M. Guess
                                                DAVID M. GUESS
14                                              ARI NEWMAN (admitted *pro hac vice*)
                                                *Attorneys for Creditor XXIII Capital Limited*
15

16

17  DATED:  September 20, 2021                   LAW OFFICE OF CHRISTOPHER P. WALKER

18

                                                By:_____
19                                              CHRISTOPHER P. WALKER

20

21

22

23

24

25

26

27  *ACTIVE 60123225v1*

28

                                        3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

18565 Jamboree Road, Suite 500, Irvine, CA  92612

A true and correct copy of the foregoing document entitled: **SECOND STIPULATION BY AND BETWEEN XXIII CAPITAL LIMITED AND DEBTOR JONATHAN LEE SMITH TOLLING DEADLINE TO FILE A COMPLAINT OBJECTING TO THE DISCHARGE OF THE DEBTOR AND DETERMINING THE NON-DISCHARGEABILITY OF CERTAIN CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 20, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒      Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐      Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Cynthia Aros | | /s/ Cynthia Aros |
|---|---|---|
| Date | Printed Name | Signature |

4

*ACTIVE 60129279v1*

**PROOF OF SERVICE ATTACHMENT**
**VIA NOTICE OF ELECTRONIC FILING (NEF)**

Tanya Behnam on behalf of Creditor Columbia State Bank
tbehnam@polsinelli.com,
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Luke N Eaton on behalf of Creditor Bay Point Capital Partners II, LP
eatonl@pepperlaw.com, jacqueline.sims@troutman.com

Howard M Ehrenberg (TR)
ehrenbergtrustee@sulmeyerlaw.com,
ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com

Philip A Gasteier on behalf of Interested Party Courtesy NEF  pag@lnbrb.com

Philip A Gasteier on behalf of Interested Party Kyle Anderson  pag@lnbrb.com

Eve H Karasik on behalf of Interested Party Kyle Anderson  ehk@lnbyb.com

Mark J Markus on behalf of Interested Party Courtesy NEF
bklawr@bklaw.com, markjmarkus@gmail.com

Aditi Paranjpye on behalf of Creditor One Light Media Capital, LLC
aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com

Faye C Rasch on behalf of Interested Party Courtesy NEF
frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com

Arvind Nath Rawal on behalf of Creditor Capital One Auto Finance, a division of Capital
One, N.A., c/o AIS Portfolio Services, LP arawal@americaninfosource.com

United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

Christopher P Walker on behalf of Debtor Jonathan Lee Smith
cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

*ACTIVE 60123225v1*

5