## PERSONAL PROPERTY DECLARATION

I, (name of declarant) ___CAMERON DAGUE___, declare

1    I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto   I am over 18 years of age   I have knowledge regarding Movant's interest in the Property (specify)

   a    ☐  I am the Movant

   b    ☒  I am employed by Movant as (title and capacity)  See supplement

   c    ☐  Other (specify)

2    a    ☒  I am one of the custodians of the books, records and files of Movant that pertain to loans, leases, or extensions of credit given to Debtor concerning the Property   I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate   Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event   The business records are available for inspection and copies can be submitted to the court if required

   b    ☐  Other (see attached)

3    The Property is

   a    ☒  Vehicle (year, manufacturer, type, model and year)  2011 BMW X5 xDrive35i Premium Sport Utility 4D

      Vehicle Identification Number 5UXZV4C52BL403713
      Location of vehicle (if known)  Impounded

   b    ☐  Equipment (manufacturer, type, and characteristics)

      Serial number(s)
      Location (if known)

   c    ☐  Other personal property (type, identifying information, and location)

---

This form is mandatory   It has been approved for use in the United States Bankruptcy Court for the Central District of California

June 2014                                              Page 6                                    F 4001-1.RFS.PP.MOTION

4    The nature of Debtor's interest in the Property is

a    ☒    Sole owner

b    ☐    Co-owner (*specify*)

c    ☐    Lessee

d    ☐    Other (*specify*)

e    ☒    Debtor ☒ did ☐ did not   list the Property in the schedules filed in this case

5    ☐    The lease matured or was rejected on (*date*) _____

a    ☐    rejected

   (1)    ☐    by operation of law

   (2)    ☐    by order of the court

b    ☐    matured

6    Movant has a perfected security interest in the Property

a    ☐    A true and correct copy of the promissory note or other document that evidences the debt owed by the Debtor to Movant is attached as Exhibit _____

b    ☒    The Property is a motor vehicle, boat, or other personal property for which a certificate of title is provided for by state law   True and correct copies of the following items are attached to this motion

   (1)    ☒    Certificate of title ("pink slip") (Exhibit _2_____)

   (2)    ☐    Vehicle or other lease agreement (Exhibit _____)

   (3)    ☒    Security agreement (Exhibit _1_____)

   (4)    ☐    Other evidence of a security interest (Exhibit _____)

c    ☐    The Property is equipment, intangibles, or other personal property for which a certificate of title is not provided for by state law   True and correct copies of the following items are attached to this motion

   (1)    ☐    Security agreement (Exhibit _____)

   (2)    ☐    UCC-1 financing statement (Exhibit _____)

   (3)    ☐    UCC financing statement search results (Exhibit _____)

   (4)    ☐    Recorded or filed leases (Exhibit _____)

   (5)    ☐    Other evidence of perfection of a security interest (Exhibit _____)

d    ☐    The Property is consumer goods   True and correct copies of the following items are attached to this motion

   (1)    ☐    Credit application (Exhibit _____)

   (2)    ☐    Purchase agreement (Exhibit _____)

   (3)    ☐    Account statement showing payments made and balance due (Exhibit _____)

   (4)    ☐    Other evidence of perfection of a security interest (*if necessary under state law*) (Exhibit _____)

e    ☐    Other liens against the Property are attached as Exhibit _____

This form is mandatory   It has been approved for use in the United States Bankruptcy Court for the Central District of California

*June 2014*                                Page 7                                **F 4001-1.RFS.PP.MOTION**

7    Status of Movant's debt

    a    The amount of the monthly payment  $ 548 95

    b    Number of payments that became due and were not tendered    ☐ prepetition  ☐ postpetition

    c    Total amount in arrears  $ _____

    d    Last payment received on (date) _____

    e    Future payments due by the anticipated hearing date (if applicable) _____
       An additional payment of $ _____ will come due on (date) _____, and on
       the _____ day of each month thereafter  If the payment is not received by the _____
       day of the month, a late charge of $ _____ will be charged under the terms of the loan

8    ☐    Attached as Exhibit _____ is a true and correct copy of a POSTPETITION payment history that accurately
       reflects the dates and amounts of all payments made by the Debtor since the petition date

9    Amount of Movant's debt

    a    Principal                                                                    $ 4,319 41
    b    Accrued interest                                                             $ _____
    c    Costs (attorney's fees, late charges, other costs)                           $ _____
    d    Advances (property taxes, insurance)                                         $ _____
    e    TOTAL CLAIM as of  01/18/2022                                                $ 4,319 41

10   ☒    (Chapter 7 and 11 cases only) Valuation  The fair market value of the Property is  $ 8,435 00
       This valuation is based upon the following supporting evidence

    a    ☒    This is the value stated for property of this year, make, model, and general features in the reference guide
         most commonly used source for valuation data used by Movant in the ordinary course of its business for
         determining the value of this type of property  True and correct copies of the relevant excerpts of the most
         recent edition of the reference guide are attached as Exhibit 3

    b    ☐    This is the value determined by an appraisal or other expert evaluation  True and correct copies of the
         expert's report and/or declaration are attached as Exhibit _____

    c    ☐    The Debtor's admissions in the Debtor's schedules filed in the case  True and correct copies of the relevant
         portions of the Debtor's schedules are attached as Exhibit _____

    d    ☐    Other basis for valuation (specify)

---

**NOTE:**  If valuation is contested, supplemental declarations providing additional foundation for the
opinions of value should be submitted

---

11   Calculation of equity in Property

    a    ☒    **11 U.S.C. § 362(d)(1) - Equity Cushion:**

         I calculate that the value of the "equity cushion" in the Property exceeding Movant's debt and any lien(s)
         senior to Movant's debt is $ 4,115 59 _____ and is 48 792 % of the fair market value of the
         Property

---

This form is mandatory  It has been approved for use in the United States Bankruptcy Court for the Central District of California

June 2014                                    Page 8                              F 4001-1.RFS.PP.MOTION

b ☒ **11 U.S.C. § 362(d)(2)(A) - Equity**

By subtracting the total amount of all liens on the Property from the value of the Property as set forth in Paragraph 10 above, I calculate that the Debtor's equity in the Property is $ 4,115 59

12 ☒ The fair market value of the Property is declining because
The Property is a Motor Vehicle and a depreciating asset

13 ☒ The Debtor's intent is to surrender the Property   A true and correct copy of the Debtor's statement of intentions is attached as Exhibit  5

14 ☐ Movant regained possession of the Property on (*date*) _____, which is   ☐ prepetition   ☐ postpetition

15 ☐ (*Chapter 12 or 13 cases only*) Status of Movant's debt and other bankruptcy case information

a  The 341(a) meeting of creditors is currently scheduled for (or concluded on) (*date*) _____
A plan confirmation hearing is currently scheduled for (or concluded on) (*date*) _____
The plan was confirmed on (*if applicable*) (*date*) _____

b  Postpetition preconfirmation payments due BUT REMAINING UNPAID after the filing of the case

| Number of Payments | Number of Late Charges | Amount of Each Payment or Late Charge | Total |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

(See attachment for additional breakdown of information attached as Exhibit _____ )

c  Postconfirmation payments due BUT REMAINING UNPAID after the plan confirmation date (*if applicable*)

| Number of Payments | Number of Late Charges | Amount of Each Payment or Late Charge | Total |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

d  Postpetition advances or other charges due but unpaid                                    $
(*For details of type and amount, see Exhibit _____*)

e  Attorneys' fees and costs                                                                                  $
(*For details of type and amount, see Exhibit _____*)

f  Less suspense account or partial paid balance                                            $ [                    ]

TOTAL POSTPETITION DELINQUENCY                                              $

This form is mandatory   It has been approved for use in the United States Bankruptcy Court for the Central District of California

June 2014                                              Page 9                                              F 4001-1.RFS.PP.MOTION

g ☐ The entire claim is provided for in the chapter 12 or 13 plan and postpetition plan payments are delinquent The plan payment history is attached as Exhibit _____   See attached declaration(s) of chapter 12 trustee or 13 trustee regarding receipt of payments under the plan (*attach LBR form F 4001-1 DEC AGENT TRUSTEE*)

16 ☒ Proof of insurance regarding the Property has not been provided to Movant, despite the Debtor's obligation to insure the collateral under the terms of Movant's contract with Debtor

17 ☐ The bankruptcy case was filed in bad faith

a ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents

b ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted

c ☐ The Debtor filed only a few case commencement documents   Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed

d ☐ Other (*specify*)

18 ☐ The filing of the bankruptcy petition was part of a scheme to delay, hinder, or defraud creditors that involved

a ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval  See attached continuation page for facts establishing the scheme

b ☐ Multiple bankruptcy cases affecting the Property

(1) Case name _____
Chapter _____    Case number _____
Date filed _____    Date discharged _____    Date dismissed _____
Relief from stay regarding the Property ☐ was ☐ was not  granted

(2) Case name _____
Chapter _____    Case number _____
Date filed _____    Date discharged _____    Date dismissed _____
Relief from stay regarding the Property ☐ was ☐ was not  granted

(3) Case name _____
Chapter _____    Case number _____
Date filed _____    Date discharged _____    Date dismissed _____
Relief from stay regarding the Property ☐ was ☐ was not  granted

☐ See attached continuation page for more information about other bankruptcy cases affecting the Property

☐ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, and defraud creditors

19 ☐ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s)

a ☐ These actions were taken before Movant knew the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions

This form is mandatory   It has been approved for use in the United States Bankruptcy Court for the Central District of California

June 2014                                        Page 10                                        **F 4001-1.RFS.PP.MOTION**

b  ☐  Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed
with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____

c  ☐  For other facts justifying annulment, see attached continuation page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

1/21/2022          CAMERON DAGUE                              _____
Date                     Printed Name                                         Signature

This form is mandatory   It has been approved for use in the United States Bankruptcy Court for the Central District of California

June 2014                                          Page 11                                    F 4001-1.RFS.PP.MOTION

### SUPPLEMENT TO MANDATORY FORM, F 4001-1.RFS.PP.MOTION PERSONAL PROPERTY DECLARATION, AS PERMITTED BY LBR 9009-l(b)(4)(B)

I am employed as a Senior Coordinator – Affidavit Support Specialist of Capital One Auto Finance, a division of Capital One, N.A. ("Movant").

1

# Exhibit 1

**RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE**
**(WITH ARBITRATION PROVISION)**

| Buyer Name and Address | Co-Buyer Name and Address | Seller (Creditor) Name and Address |
|---|---|---|
| (Including County and Zip Code) | (Including County and Zip Code) | INFINITI OF VAN NUYS |
| JONATHAN LEE SMITH | | 5455 VAN NUYS BOULEVARD |
| 8450 FOUNTAIN AVE #2 | | VAN NUYS CA 91401 |
| WEST HOLLYWOOD CA 90069 | | LOS ANGELES |
| LOS ANGELES | | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller – Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2011 | BMW SAV X5 PREMIUM SP | 67552 | SUXZV4C52BL403713 | Personal, family, or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 1883.00 |
|---|---|---|---|---|
| 9.84 % | $ 9763.30 (e) | $ 29761.10 | $ 9524.40 (e) | $ 41407.40 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 71 | 548.95 | 11/26/2015 |
| One Payment of | | Monthly beginning |
| One final payment | 548.95 | DUE ON 10/26/2021 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

| | | |
|---|---|---|
| 1. Total Cash Price | | |
| A. Cash Price of Vehicle and Accessories | $ 25135.00 (A) | |
| 1. Cash Price Vehicle | $ 25135.00 | |
| 2. Cash Price Accessories | $ N/A | |
| 3. Other (Nontaxable) | $ N/A | |
| Description N/A | | |
| B. Document Processing Charge (not a government fee) | $ 80.00 (B) | |
| C. Emissions Testing Charge (not a governmental fee) | $ 50.00 (C) | |
| D. (Optional) Theft Deterrent Device (to whom paid) N/A | $ N/A (D) | |
| E. (Optional) Theft Deterrent Device (to whom paid) N/A | $ N/A (E) | |
| F. (Optional) Theft Deterrent Device (to whom paid) N/A | $ N/A (F) | |
| G. (Optional) Surface Protection Product (to whom paid) N/A | $ N/A (G) | |
| H. (Optional) Surface Protection Product (to whom paid) N/A | $ N/A (H) | |
| I. EV Charging Station (to whom paid) N/A | $ N/A (I) | |
| J. Sales Tax (on taxable items in A through I) | $ 2273.85 (J) | |
| K. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) (to whom paid) DMV | $ 29.00 (K) | |
| L. (Optional) Service Contract (to whom paid) QUALITY GUARD PLUS | $ 2999.00 (L) | |
| M. (Optional) Service Contract (to whom paid) N/A | $ N/A (M) | |
| N. (Optional) Service Contract (to whom paid) N/A | $ N/A (N) | |
| O. (Optional) Service Contract (to whom paid) N/A | $ N/A (O) | |
| P. (Optional) Service Contract (to whom paid) N/A | $ N/A (P) | |
| Q. Prior Credit or Lease Balance paid by Seller to N/A | $ N/A (Q) | |
| (see downpayment and trade-in calculations) | | |
| R. (Optional) Gap Contract (to whom paid) N/A | $ 795.00 (R) | |
| S. (Optional) Used Vehicle Contract Cancellation Option Agreement | $ N/A (S) | |
| T. Other (to whom paid) N/A | $ N/A (T) | |
| for N/A | | |
| Total Cash Price (A through T) | $ 31357.85 (1) | |
| 2. Amounts Paid to Public Officials | | |
| A. Vehicle License Fees ESTIMATED | $ 163.00 (A) | |
| B. Registration/Transfer/Titling Fees ESTIMATED | $ 115.00 (B) | |
| C. California Tire Fees | $ N/A (C) | |
| D. Other N/A | $ N/A (D) | |
| Total Official Fees (A through D) | $ 278.00 (2) | |
| 3. Amount Paid to Insurance Companies | | |
| (Total premiums from Statement of Insurance) ☐ State Mechanical or ☐ State Emissions Exemption Fee | $ N/A (3) | |
| 4. State Emissions Certification Fee or ☐ | $ N/A (4) | |
| 5. Subtotal (1 through 4) | $ 31644.10 (5) | |
| 6. Total Downpayment | | |
| A. Agreed Trade-In Value 2004 CADILLAC TRU | $ 2500.00 (A) | |
| Model DEVILLE Odom. 107705 | | |
| Vin 1G6KD54Y34U222795 | | |
| B. Less Prior Credit or Lease Balance AUTO CREDIT FINANCI | $ 7617.00 (B) | |
| C. Net Trade-In (A less B) (indicate if a negative number) | $ 5117.00 (C) | |
| D. Deferred Downpayment | $ N/A (D) | |
| E. Manufacturer's Rebate | $ N/A (E) | |
| F. Other N/A | $ N/A (F) | |
| G. Cash | $ 7000.00 (G) | |
| Total Downpayment (C through G) | $ 1883.00 (6) | |
| 7. Amount Financed (5 less 6) | $ 29761.10 (7) | |

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | | Term | Premium |
|---|---|---|---|
| ☒ N/A Ded. Comp., Fire & Theft | $ N/A | | $ N/A |
| ☒ N/A Ded. Collision | $ N/A | | $ N/A |
| Bodily Injury | $ N/A Limits N/A | | $ N/A |
| Property Damage | $ N/A Limits N/A | | $ N/A |
| Medical | $ N/A | | $ N/A |
| ☐ N/A | $ N/A | | $ N/A |

Total Vehicle Insurance Premiums $ N/A

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X N/A
Co-Buyer X N/A

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Application for Optional Credit Insurance**
☐ Credit Life ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

| | Term Exp. | Premium |
|---|---|---|
| Credit Life N/A Mo/N/A & N/A | | $ N/A |
| Credit Disability N/A Mo/N/A & N/A | | $ N/A |

Total Credit Insurance Premiums $ N/A
Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that (1) You are not eligible for insurance if you have reached your 65th birthday; (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date; (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details). You want to buy the credit insurance.

| | Date | Buyer Signature | Age |
|---|---|---|---|
| | | X | |
| | Date | Co-Buyer Signature | Age |

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1R of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72 Mos. N/A
Name of Gap Contract

I want to buy a gap contract.

Buyer Signature X

**OPTIONAL SERVICE CONTRACT(S).** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1L,1M, 1N, 1O and/or 1P.

1L Company QUALITY GUARD PLUS
Term 24 Mos. or 24000 Miles
1M Company N/A
Term N/A Mos. or N/A Miles
1N Company N/A
Term N/A Mos. or N/A Miles
1O Company N/A
Term N/A Mos. or N/A Miles
1P Company N/A
Term N/A Mos. or N/A Miles

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X
Co-Buyer Signs X

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable: N/A

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS INITIAL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan from N/A
Amount $ N/A Finance Charge $ N/A
Total $ N/A Payable in N/A
installments of $ N/A
from this Loan is shown in item 6D

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a participating lender apply.

Buyer X N/A
Co-Buyer X N/A

**Agreement to Arbitration:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X
Co-Buyer Signs X

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before N/A. ☐ SELLER'S INITIALS N/A

**WARNING**
THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.

FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT. THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

Buyer X N/A Co-Buyer X N/A

**Trade-In Payoff Agreement.** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 6B of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that this amount quoted is an estimate.

Seller agrees to pay the payoff amount shown in 6B to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown in 6B, you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 6B, Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will have no obligation to pay the Prior Credit or Lease Balance shown in 6B or any refund.

Buyer Signature X Co-Buyer Signature X

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller. Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.

After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any changes, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X Co-Buyer Signature X

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain the right to receive a part of the Finance Charge.***

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X Date 8/27/15 Co-Buyer and Other Owners X N/A Date N/A
Co-Buyers and Other Owners - An other owner is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X Address N/A

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a defense to payment. Guarantor acknowledges receipt of a completed copy of this contract at the time of signing. Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default, and notice of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X Address N/A
Guarantor X Address N/A

Seller INFINITI OF VAN NUYS Date 8/27/15 By ARTUR KIRAKOSYAN Title MGR

ORIGINAL LIENHOLDER

**OTHER IMPORTANT AGREEMENTS**

## 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Your Creditor may receive part of the Finance Charge.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

## 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

> **GAP LIABILITY NOTICE**
> In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional gap contract (debt cancellation contract) for coverage of the gap amount may be offered for an additional charge.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods installed on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either of these types of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property;
- The vehicle is lost, damaged or destroyed; or
- You break any agreements in the contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give us is dishonored.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate the contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

---

e. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle. We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left over (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on the front of this contract, not to exceed the highest rate permitted by law, until you pay.

f. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. WARRANTIES SELLER DISCLAIMS

**If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

## 5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que se ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

## 6. Servicing and Collection Contacts.
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

## 7. Applicable Law
Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

## 8. Warranties of Buyer. You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

> ## CREDIT DISABILITY INSURANCE NOTICE
> ### CLAIM PROCEDURE
> If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like you to send the claim.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.
> If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.
> The insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given. If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

> ## Seller's Right to Cancel
> a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.
> b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.
> c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.
> d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

---

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS
1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose The American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website. Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

| Seller agrees to interest in this contract to | Capital One Auto Finance P.O. Box 255605 Sacramento, CA 95865 | (Assigned or unlisted) under the terms of Seller's agreement(s) with Assignee |
| --- | --- | --- |
| Infiniti of Van Nuys, 5455 Van Nuys Blvd. | | ☐ Assigned with limited recourse |
| Seller Van Nuys, California 91401 | By | Title |

# Exhibit 2



Exhibit 2, Page 1

Release

Duplicate Title

Request Date:          Action Date:
Status:          Last Worked By:
State:    Required State Forms:
Reason          Requesting Dept:
Operations Code:          Billable:

Follow Up

Direct Lending Services

Additional Documents

Client Activities

Additional Documents do not exist for this account

Obsolete Docs

## Title

Actions

VIN/HN: **5UXZV4C52BL403713**    State: **CA**    Title Number:

**Title-Electronic**

Year: **2011**    Make/Builder: **BMW**    Model:        License Plate:

Perfecting

Overview

Owner(s): **SMITH JONATHAN LEE**          Closed Date:
Lienholder: **CAPITAL ONE AUTO FIN**    Closed Reason:
Match Type: **AUTOMATIC**          Document Location:
Match Date: **12/31/2015**
Issuance Date: **12/29/2015**
Imported Date: **12/31/2015**

Owners

Property

Liens

| CAPITAL ONE AUTO FIN | PO BX 255605 SACRAMENTO, CA 95865 | | |
|---|---|---|---|

Title Maint

Exhibit 2, Page 2

Notes (Date/Time stamps in this section reflect Pacific Time)

Add Note

**Notes**

○ Show All   ○ Show User Notes Only   ○ Show Activity History Only

| 12/31/2015 01:38 AM | System | Client Export | Send Upload File | Sent upload file to Lender. |
| 12/31/2015 01:38 AM | System | State Import | Create Title | Received electronic document from State. |
| 12/31/2015 01:38 AM | System | State Import | Perfect Account | Account and Document were automatically matched. |
| 11/09/2015 04:11 AM | System | Client Import | Create Account | Account created via a Client Import file. |

**Work Items**

Exhibit 2, Page 3

# Exhibit 3

# 2011 BMW X5
## Pricing Report

**Style:** xDrive35i Premium Sport Utility 4D

**Mileage:** 148,802

**KBB.com Consumer Rating:** 4.1/5

## Vehicle Highlights

Fuel Economy: City 16/Hwy 23/Comb 19 MPG

Drivetrain: AWD

Transmission: Auto, 8-Spd Spt Stptrnc

Engine: 6-Cyl, Turbo, 3.0 Liter

Country of Assembly: United States

Country of Origin: Germany

EPA Class: Sport Utility Vehicles

Max Seating: 7

Doors: 4

Body Style: Sport Utility

## Sell to Private Party



Private Party Range
**$6,964 - $9,905**

Private Party Value
**$8,435**

Valid for **ZIP code 90012** through **01/13/2022**

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

| **Exterior Color** | **Wheels and Tires** | **Entertainment and Instrumentation** | **Seats** |
| --- | --- | --- | --- |
| ✓ Silver | Oversized Premium Wheels 20"+ | AM/FM Stereo | Leather |
| | | CD/MP3 (Single Disc) | Heated Seats |
| | | Navigation System | Dual Power Seats |
| | | Hi-Fi Premium Sound | |
| | | Bluetooth Wireless | |
| | | BMW Assist | |
| | | Sirius Satellite | |

| **Drivetrain** | **Comfort and Convenience** | **Safety and Security** | **Roof and Glass** |
| --- | --- | --- | --- |
| AWD | Air Conditioning | Parking Sensors | Panorama Roof |
| | Power Windows | Backup Camera | |
| | Power Door Locks | Dual Air Bags | |
| | Cruise Control | Side Air Bags | |
| | Keyless Entry | F&R Head Curtain Air Bags | |
| | Keyless Start | | |
| | Air Conditioning, Rear | | |
| | Power Liftgate Release | | |
| | Anti-Theft System | | |

| **Accessory Packages** | **Transmission** | **Braking and Traction** | **Lighting** |
| --- | --- | --- | --- |
| Technology Pkg | Auto, 8-Spd Spt Stptrnc | Dynamic Stability Control | HID Headlamps |
| Rollover Protection | | Hill Descent Control | |
| | | Dynamic Traction Control | |
| | | ABS (4-Wheel) | |

| **Steering** | **Exterior** | **Engine** |
| --- | --- | --- |
| Power Steering | Roof Spoiler | 6-Cyl, Turbo, 3.0 Liter |
| Tilt & Telescoping Wheel | Fog Lights | |

# Glossary of Terms

**Kelley Blue Book® Trade-In Value -** This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range -** The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

> **Tip:**
>
> It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

**Kelley Blue Book® Private Party Value -** This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range -** The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition -** 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition -** 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition -** 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition -** 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

© 2022 Kelley Blue Book Co., Inc. All rights reserved. 1/13/2022 1/13/2022 edition for CA 90012. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

# Exhibit 4

S&J Wilshire Tow
2400 West Washington Blvd
Los Angeles          CA   90018

# NOTICE OF REMOVAL AND BILLING

CALIFORNIA VEHICLE CODE REQUIRES THAT THE REGISTERED AND LEGAL OWNERS
OF AN IMPOUNDED VEHICLE BE NOTIFIED OF THE LOCATION OF THE VEHICLE.
RECORDS AT THE DMV INDICATE YOU ARE THE REGISTERED AND / OR LEGAL
OWNER OF THE VEHICLE DESCRIBED BELOW.   INFORMATION REGARDING THE
CONDITION OF THIS VEHICLE AND RELEASE PROCEDURES MAY BE OBTAINED BY
CONTACTING THE STORAGE FACILITY LISTED BELOW.

| | | |
|---|---|---|
| YEAR & MAKE:   11   BMW | DATE NOTICE MAILED:  12/28/2021 | |
| LICENSE . . . ▮▮▮▮ | DATE OF IMPOUND . .  12/21/2021 | |
| VIN # . . . . 5UXZV4C52BL403713 | | |

TOWING CHARGES . . :  $     139.50

STORAGE CHARGE . . :  $      43.50 PER DAY

LIEN SALE CHARGE . .  $     50.00

REGISTERED OWNER:      Smith Jonathan Lee
                       506 N Croft Ave
                       W Hollywood                CA  90048

LEGAL OWNER . . . .    Capital One Auto Fin
                       PO Bx 255605
                       Sacramento                 CA  95865

IMPOUND AUTHORIZED BY: Dept of Transportation  (HASD)
                       411 North Vermont Ave
                       Los Angeles                CA   90004

TOWED AND STORED BY .  S&J Wilshire Tow
                       2400 West Washington Blvd
                       Los Angeles                CA   90018

REASON VEHICLE TOWED . ▮▮▮▮▮▮▮▮

## >> ATTENTION VEHICLE OWNER <<

AS REQUIRED BY SECTION 3071 OF THE VEHICLE CODE, AN APPLICATION HAS
BEEN SENT TO THE DEPARTMENT OF MOTOR VEHICLES FOR AN AUTHORIZATION TO
PROCESS AND CONDUCT A LIEN SALE ON THE VEHICLE DESCRIBED ABOVE.

Exhibit 4, Page 1

| LICENSE NUMBER | VEHICLE IDENTIFICATION NUMBER *(VIN)* | ENGINE NUMBER *(MOTORCYCLE ONLY)* |
|---|---|---|
| ▮▮▮▮▮ | 5UXZV4C52BL403713 | |

## G. INTERESTED PARTIES

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

NAME *(PRINT LAST, FIRST & MIDDLE)*

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

## H. CERTIFICATION

The names and addresses of the registered owner, legal owner, and all parties known to me to have an interest in the vehicle are listed on this application.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I further certify (or declare) under penalty of perjury that the lien sale was conducted in accordance with the requirements of California Military and Veterans Code §§407, 408, 409.1, and 409.3, and with the requirements of §§3952, 3953, and 3958 of Title 50 of the United States Code.*

| LIENHOLDER'S OR AGENT'S (ACTING FOR LIENHOLDER) SIGNATURE | | DATE |
|---|---|---|
| X  *[signature]* | S & J Wilshire Tow | 12/28/2021 |

*BACK*                                                                 ▮▮▮▮▮ www

Exhibit 4, Page 2

# APPLICATION FOR LIEN SALE AUTHORIZATION
# AND LIENHOLDER'S CERTIFICATION
(Civil Code Section 3071)

LIEN SALE UNIT
P.O. BOX 932317
SACRAMENTO, CA 94232-

### A FILING FEE OF $5.00 MUST ACCOMPANY THIS APPLICATION

☒ Current market value of vehicles is OVER $4,000   OR   ☐ Self-service storage facilities

**PLEASE NOTE:**
1. This application must be submitted within 30 days of the date lien arises. Lien arises on the date the owner is billed or 15 days after work or services are completed, whichever occurs first.
2. This form is to be used when conducting a self-service storage facilities lien sale regardless of vehicle value.
3. **This application may not be used for mobilehomes (as described in CVC Section 396) or vessels, vessel/trailer combinations.**
4. *Refer to Civil Code Section 3074 when calculating maximum lien sale cost.

SUSPENSE RECEIPT AND
VALIDATION AREA
*(Please do not write in this space)*

## A. VEHICLE DESCRIPTION

| LICENSE PLATE NUMBER | | STATE REGISTERED/EXPIRATION DATE | |
|---|---|---|---|
| | | CA         07-08-21 | |

| YEAR MODEL | MAKE | MODEL | BODY TYPE |
|---|---|---|---|
| 11 | BMW | X5 | UT |

| VEHICLE IDENTIFICATION NUMBER *(VIN)* | ENGINE NUMBER *(MOTORCYCLE ONLY)* |
|---|---|
| 5UXZV4C52BL403713 | |

## B. LIEN INFORMATION AS OF:

| MONTH/DAY/YEAR | LIEN COST* | TOWING COST | REPAIRS |
|---|---|---|---|
| 12/28/2021 | $50.00 | $ 139.50 | |

| BAR REGISTRATION *(LICENSE NUMBER)* | DAILY STORAGE RATE | STORAGE DUE | PARKING VIOLATION BAIL (CVC 22851.1(b)) |
|---|---|---|---|
| | $ 43.50 | $ 348.00 | |

| DATE OWNER BILLED FOR SERVICES OR STORAGE | DATE WORK OR SERVICES COMPLETED | DATE OF TOWING AND STORAGE | |
|---|---|---|---|
| 12/28/2021 | | 12/21/2021 | ☒ Authorized by public agency <br> ☐ Abandoned on private property, owner unknown |

## C. LIEN HOLDER/AGENT INFORMATION

| LIENHOLDER'S NAME *(PRINT)* | | | DAYTIME TELEPHONE NUMBER |
|---|---|---|---|
| S&J Wilshire Tow | | | |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2400 West Washington Blvd | Los Angeles | CA | 90018 |

| AGENT ACTING FOR LIENHOLDER *(PRINT NAME)* | REGISTRATION SERVICE NUMBER *(REQUIRED)* | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| | | (     ) |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

## D. PERSON BILLED OR LAW ENFORCEMENT AGENCY AUTHORIZING REMOVAL OF VEHICLE

| NAME | | | |
|---|---|---|---|
| Dept of Transportation   (HASD) | | | |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 411 North Vermont Ave | Los Angeles | CA | 90004 |

## E. REGISTERED OWNER(S)

| REGISTERED OWNER *(PRINT LAST, FIRST & MIDDLE)* | | | |
|---|---|---|---|
| Smith Jonathan Lee | | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 506 N Croft Ave | W Hollywood | CA | 90048 |

| CO-REGISTERED OWNER *(PRINT LAST, FIRST & MIDDLE)* | | | |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

## F. LEGAL OWNER

| LEGAL OWNER *(PRINT LAST, FIRST & MIDDLE)* | | | |
|---|---|---|---|
| Capital One Auto Fin | | | |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| PO Bx 255605 | Sacramento | CA | 95865 |

www                                                          *FRONT*

# Exhibit 5

# AIS Portfolio Services, LP

**4515 N. Santa Fe Ave.**
**Oklahoma City, OK 73118**
████████

**Fax** ██████████

June 23, 2021

CHRISTOPHER P WALKER
LAW OFFICE OF CHRISTOPHER P WALKER PC
505 S VILLA REAL DR STE 103
Anaheim Hills, CA 92807

RE:     Debtor:          Jonathan L. Smith
        Case No.:        21-12542-BR-7
        Creditor:        Capital One Auto Finance, a division of Capital One, N.A.
        Account No.:     ██████
        File No.:        ██████████

Dear Sir/Madam:

AIS Portfolio Services, LP is the Bankruptcy Servicer of the above-mentioned Creditor.  Please be advised that it is our understanding that the Debtor(s) has decided to voluntarily surrender the following property (the "Collateral") securing the Creditor's claim in bankruptcy:  2011 BMW X5 Utility 4D 35i AWD.

The purpose of this letter is to confirm the intention of the Debtor(s) to surrender the Collateral, and to obtain your permission to contact the Debtor(s) directly in the event the Collateral has not yet been turned over to the Creditor. Additionally, Creditor requests confirmation from you that the Debtor(s) has no objection to the liquidation of the Collateral pursuant to applicable law.

Please acknowledge this letter where indicated below as evidence that you have no objection to the above-described actions taking place at this time; please also provide a current address where the Collateral is located, and a phone number where we can contact the Debtor(s) to make surrender arrangements if necessary. Please return the acknowledged letter to me by fax or US mail to the number or address at the top of this letter.

Alternatively, if the Debtor has decided not to surrender the Collateral or if the provisions of this letter are unacceptable for any reason, please contact me immediately.

Sincerely,
AIS Portfolio Services, LP

Preeti Agrawal
██████████

ACKNOWLEDGED AND AGREED TO BY: _____     Location: _506 N Croft Ave_
_____                        _Los Angeles CA 90048_
CHRISTOPHER P WALKER
Attorney for the Debtor(s)                        Debtor Phone: ██████████

Exhibit 5, Page 1