| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Luke N. Eaton (SBN280387)<br>Email: luke.eaton@troutman.com<br>Two California Plaza<br>350 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3427<br>Telephone: 213.928.9800<br>Fax: 213.928.9850<br><br>Harris B. Winsberg (admitted *pro hac vice*)<br>Email: harris.winsberg@troutman.com<br>Alexandra S. Peurach (admitted *pro hac vice*)<br>Email: Alexandra.Peurach@troutman.com<br>Nathan T. DeLoatch (admitted *pro hac vice*)<br>Email: nathan.deloatch@troutman.com<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308<br>Telephone: 404.885.3000<br>Fax: 404.885.3900<br>Attorneys for Creditor BAY POINT CAPITAL PARTNERS II, LP | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re    Jonathan Lee Smith

Debtor(s),

CHAPTER 7

CASE NUMBER 2:21-bk-12542

☐ ADVERSARY NUMBER (if applicable)
☐ See attached list for multiple cases that require an update to the attorneys information

Plaintiff(s),

vs.

Debtor(s).

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Harris Winsberg_____, __admitted pro hac vice__, __harris.winsberg@troutman.com__
     *Name*                                                   *Bar ID Number*                *E-Mail Address*

☑ am **counsel of record** or
☑ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*
Bay Point Capital Partners II, LP

☐ am **counsel of record** or
☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name Parker, Hudson, Rainer & Dobbs LLP_____
New Address 303 Peachtree St. NE, Suite 3600, Atlanta, GA 30308_____
New Telephone Number (404) 420-4313        New Facsimile Number (404) 522-8409
New E-Mail Address hwinsberg@phrd.com_____

Notice of Change of Address or Law Firm

(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: February 11, 2022                    /s/ Nathan T. DeLoatch
                                            Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.